UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO, ET AL.,<br><br>　　　　Defendants. | Case No.  1:23-cv-00162-JLT-HBK (PC)<br><br>ORDER DENYING MOTION FOR COPIES<br><br>(Doc. No. 9) |

　　　　Pending before the Court is Plaintiff's construed motion for copies.[1]  (Doc. No. 9).  Plaintiff's request for copies should be directed to the clerk's office.  Plaintiff is advised that his pro se status does not entitle him to receive complimentary copies.  *Blair v. CDCR*, 2018 WL 1959532, at *6 n.2 (E.D. Cal. Apr. 25, 2018).  Consistent with statute, the clerk provides copies of documents and the docket sheet at $0.50 per page.  *See* 28 U.S.C. § 1914.  Checks in the exact amount are payable to "Clerk, USDC."

　　　　Accordingly, it is **ORDERED**:

　　　　Plaintiff's motion for copies is DENIED.  (Doc. No. 9).

Dated:　May 9, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff titles his request for relief as an "Affidavit."  A request for a court order requesting any relief must be made by motion. Fed. R. Civ. P. 7(b).